STANLEY G. HILTON, SBN 65990
LAW OFFICES OF STANLEY G. HILTON
STAVROS3589@aol.com
580 California Street
San Francisco, California 94104
Telephone: (415) 786-4821
Facsimile: (415) 439-4963

Attorneys for Plaintiff REGINA JIMENEZ

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
EDettmer@gibsondunn.com
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

EDGERTON AND WEAVER LLP
SAMUEL Y. EDGERTON III, SBN 127156
SEdgerton@edgertonweaver.com
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064

Attorneys for Defendants LAWRENCE IRA PROZAN
DBA PROZAN FINANCIAL SERVICES,
MULTI-FINANCIAL SECURITIES CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REGINA JIMENEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP.,<br><br>          Defendants. | CASE NO. 07-03360-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S AMENDMENT OF COMPLAINT AND DEFENDANTS' RESPONSE TO SAME** |

The parties to this matter, plaintiff Regina Jimenez, defendant National Association of Securities Dealers, Inc. ("NASD"), and defendants Lawrence Ira Prozan DBA Prozan Financial Services and Multi-Financial Securities Corporation (together, "Multi-Financial") (NASD and Multi-Financial are referred to collectively herein as "Defendants") by and through their counsel, hereby stipulate as follows:

WHEREAS, Ms. Jimenez filed her "Complaint to Vacate Arbitration Decision" (the "Original Complaint") on June 26, 2007, challenging an interim arbitration decision; and

WHEREAS, the Defendants' responses to Ms. Jimenez's Original Complaint are not yet due to be filed with the Court; and

WHEREAS, the panel in the underlying arbitration entered and served a final award in that arbitration on July 24, 2007; and

WHEREAS, Ms. Jimenez desires to amend her Original Complaint in light of the final arbitration award entered and served by the panel on July 24, 2007; and

WHEREAS, the Ms. Jimenez and the Defendants wish to avoid unnecessary expense and inconvenience;

THEREFORE, MS. JIMENEZ AND DEFENDANTS STIPULATE AS FOLLOWS:

1. the Defendants need not answer or otherwise respond to Ms. Jimenez's Original Complaint, and may instead respond solely to any amended complaint that Ms. Jimenez may file, as they deem appropriate.

2. Ms. Jimenez will file and serve her amended complaint in this matter, if any, on or before August 10, 2007.

3. Defendants will answer or otherwise respond to Ms. Jimenez's amended complaint (if any) on or before September 7, 2007.

SO STIPULATED.

DATED: July 30, 2007         LAW OFFICES OF STANLEY G. HILTON

                             By: _____
                                  Stanley G. Hilton
                             Attorneys for Plaintiff REGINA JIMENEZ

| | | |
|---|---|---|
| 1 | DATED: July __, 2007 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By:_____<br>Ethan D. Dettmer |
| 4 | | Attorneys for Defendant NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. |
| 5 | | |
| 6 | DATED: July 30, 2007 | EDGERTON AND WEAVER LLP |
| 7 | | |
| 8 | | By:_____<br>Samuel Y. Edgerton, III |
| 9 | | |
| 10 | | Attorneys for Defendants LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

_____
The Honorable Martin J. Jenkins
United States District Judge

100271512_1.DOC

| | | |
|---|---|---|
| 1 | DATED: July 30, 2007 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: ___/s/___<br>Ethan D. Dettmer |
| 4 | | Attorneys for Defendant NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. |
| 5 | | |
| 6 | DATED: July __, 2007 | EDGERTON AND WEAVER LLP |
| 7 | | |
| 8 | | By: _____<br>Samuel Y. Edgerton, III |
| 9 | | |
| 10 | | Attorneys for Defendants LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

_____
The Honorable Martin J. Jenkins
United States District Judge

100271512_1.DOC