1  STANLEY G. HILTON, SBN 65990
   LAW OFFICES OF STANLEY G. HILTON
2  STAVROS3589@aol.com
   580 California Street
3  San Francisco, California 94104
   Telephone: (415) 786-4821
4  Facsimile: (415) 439-4963

5  Attorneys for Plaintiff REGINA JIMENEZ

6  GIBSON, DUNN & CRUTCHER LLP
   ETHAN D. DETTMER, SBN 196046
7  EDettmer@gibsondunn.com
   One Montgomery Street
8  San Francisco, California 94104
   Telephone: (415) 393-8200
9  Facsimile: (415) 986-5309

10 Attorneys for Defendant NATIONAL ASSOCIATION
   OF SECURITIES DEALERS, INC.
11
   EDGERTON AND WEAVER LLP
12 SAMUEL Y. EDGERTON III, SBN 127156
   SEdgerton@edgertonweaver.com
13 2615 Pacific Coast Hwy., Suite 300
   Hermosa Beach, California 90254
14 Telephone: (310) 937-2066
   Facsimile: (310) 937-2064
15
   Attorneys for Defendants LAWRENCE IRA PROZAN
16 DBA PROZAN FINANCIAL SERVICES,
   MULTI-FINANCIAL SECURITIES CORP.
17

                    UNITED STATES DISTRICT COURT

                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION

| REGINA JIMENEZ, | CASE NO. 07-03360-MJJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S AMENDMENT OF COMPLAINT AND DEFENDANTS' RESPONSE TO SAME** |
| v. | |
| NATIONAL ASSOCIATION OF SECURITIES DEALERS, LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP., | |
| Defendants. | |

1   The parties to this matter, plaintiff Regina Jimenez, defendant National Association of
2   Securities Dealers, Inc. ("NASD"), and defendants Lawrence Ira Prozan DBA Prozan Financial
3   Services and Multi-Financial Securities Corporation (together, "Multi-Financial") (NASD and Multi-
4   Financial are referred to collectively herein as "Defendants") by and through their counsel, hereby
5   stipulate as follows:
6       WHEREAS, Ms. Jimenez filed her "Complaint to Vacate Arbitration Decision" (the "Original
7   Complaint") on June 26, 2007, challenging an interim arbitration decision; and
8       WHEREAS, the Defendants' responses to Ms. Jimenez's Original Complaint are not yet due
9   to be filed with the Court; and
10      WHEREAS, the panel in the underlying arbitration entered and served a final award in that
11  arbitration on July 24, 2007; and
12      WHEREAS, Ms. Jimenez desires to amend her Original Complaint in light of the final
13  arbitration award entered and served by the panel on July 24, 2007; and
14      WHEREAS, the Ms. Jimenez and the Defendants wish to avoid unnecessary expense and
15  inconvenience;
16      THEREFORE, MS. JIMENEZ AND DEFENDANTS STIPULATE AS FOLLOWS:
17      1.  the Defendants need not answer or otherwise respond to Ms. Jimenez's Original
18  Complaint, and may instead respond solely to any amended complaint that Ms. Jimenez may file, as
19  they deem appropriate.
20      2.  Ms. Jimenez will file and serve her amended complaint in this matter, if any, on or
21  before August 10, 2007.
22      3.  Defendants will answer or otherwise respond to Ms. Jimenez's amended complaint (if
23  any) on or before September 7, 2007.
24      SO STIPULATED.
25  DATED: July 30, 2007         LAW OFFICES OF STANLEY G. HILTON
26
                                 By: _____
27                                   Stanley G. Hilton
28                               Attorneys for Plaintiff REGINA JIMENEZ

1  DATED: July __, 2007                    GIBSON, DUNN & CRUTCHER LLP

2

3                                           By:_____
                                                   Ethan D. Dettmer
4
                                            Attorneys for Defendant NATIONAL ASSOCIATION
5                                           OF SECURITIES DEALERS, INC.

6
   DATED: July 30, 2007                    EDGERTON AND WEAVER LLP
7

8                                           By:_____
                                                   Samuel Y. Edgerton, III
9
                                            Attorneys for Defendants LAWRENCE IRA PROZAN
10                                          DBA PROZAN FINANCIAL SERVICES,
                                            MULTI-FINANCIAL SECURITIES CORP.
11

12

13

14

15
   PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
   DATED: ___8/2_____, 2007
17
                                            _____
18                                          The Honorable Martin J. Jenkins
                                            United States District Judge
19 100271512_1.DOC

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP
                                              3
   STIPULATION REGARDING AMENDED COMPLAINT AND RESPONSE          Case No. C 07 03360 MJJ

| | | |
|---|---|---|
| 1 | DATED: July 30, 2007 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | |
| 3 | | By: _____/s/_____<br>Ethan D. Dettmer |
| 4 | | Attorneys for Defendant NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC. |
| 5 | | |
| 6 | DATED: July __, 2007 | EDGERTON AND WEAVER LLP |
| 7 | | |
| 8 | | By:_____<br>Samuel Y. Edgerton, III |
| 9 | | |
| 10 | | Attorneys for Defendants LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

_____
The Honorable Martin J. Jenkins
United States District Judge

100271512_1.DOC