United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JIMENEZ, | No. C-07-3360 MJJ |
| Plaintiff, | **ORDER RE STATUS STATEMENT** |
| v. | |
| NATIONAL ASSOCIATION OF SECURITIES DEALERS, et al., | |
| Defendants. / | |

Upon reviewing the docket in this matter, the Court notes that there has been a period of inactivity. To apprise the Court of any recent development and to ensure the progress and resolution of this matter, the Court directs the parties to file a joint statement detailing the current status of this action. The parties shall file the statement within seven business days of the filing date of this Order. The Case Management Conference scheduled for October 9, 2007 is vacated and rescheduled to **October 30, 2007** at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 10/01/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE