STANLEY G. HILTON, SBN 65990
LAW OFFICES OF STANLEY G. HILTON
STAVROS3589@aol.com
580 California Street
San Francisco, California 94104
Telephone: (415) 786-4821
Facsimile: (415) 439-4963

Attorneys for Plaintiff REGINA JIMENEZ

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
EDettmer@gibsondunn.com
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant FINANCIAL INDUSTRY
REGULATORY AUTHORITY, INC. f/k/a
NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC.

EDGERTON AND WEAVER LLP
SAMUEL Y. EDGERTON III, SBN 127156
SEdgerton@edgertonweaver.com
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064

Attorneys for Defendants LAWRENCE IRA PROZAN
DBA PROZAN FINANCIAL SERVICES,
MULTI-FINANCIAL SECURITIES CORP.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REGINA JIMENEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP.,<br><br>　　　　Defendants. | CASE NO. 07-03360-MJJ<br><br>**JOINT STATUS STATEMENT, STIPULATION AND [PROPOSED] SCHEDULING ORDER** |

This Court entered an "Order re Status Statement" on October 1, 2007 [dkt. # 6] directing the parties to "file a joint statement detailing the current status of this action." *Ibid.* (emphasis omitted). The parties hereby file this statement pursuant to that Order.

On July 30, 2007, the parties to this matter, plaintiff Regina Jimenez, defendant Financial Industry Regulatory Authority, Inc., formerly known as National Association of Securities Dealers, Inc. ("NASD")[1], and defendants Lawrence Ira Prozan DBA Prozan Financial Services and Multi-Financial Securities Corporation (together, "Multi-Financial") (NASD and Multi-Financial are referred to collectively herein as "Defendants"), entered into a stipulation agreeing to the following:

1) Ms. Jimenez wanted to amend her original complaint in this matter because a final arbitration award was entered in the underlying arbitration, after her original complaint was filed.

2) The Defendants' responses to Ms. Jimenez's original complaint were not yet due to be filed with the Court in the instant case.

3) Because Ms. Jimenez and the Defendants wished to avoid unnecessary expense and inconvenience, the Defendants did not need to answer or otherwise respond to Ms. Jimenez's original complaint, and could instead respond solely to any amended complaint that Ms. Jimenez may file.

4) Ms. Jimenez agreed to file and serve her amended complaint in this matter, if any, on or before August 10, 2007.

5) The Defendants would answer or otherwise respond to Ms. Jimenez's amended complaint (if any) on or before September 7, 2007.

Based on the parties' stipulation to the above matters, the Court entered the stipulation as an Order of the Court on August 4, 2007 [dkt. #4]. As of the date of this filing, Ms. Jimenez has not filed an amended complaint.

---

[1] On July 30, 2007, NASD changed its name to Financial Industry Regulatory Authority, Inc. For ease of reference, this statement continues to use the name "NASD."

Ms. Jimenez nevertheless still desires to file an amended complaint, and in light of this, the parties stipulate as follows, and respectfully request that the Court enter an Order accordingly:

1) Ms. Jimenez may file her amended complaint in this matter, if any, on or before October 22, 2007.

2) If Ms. Jimenez does file a timely amended complaint, Defendants may answer or otherwise respond on or before November 19, 2007.

3) If Ms. Jimenez fails to file a timely amended complaint, this matter will be dismissed, with prejudice, and the Court's file closed.

4) All scheduled Court dates and deadlines in this matter, with the exception of the scheduled Case Management Conference, should be vacated until such time that Defendants' motions to dismiss are heard and decided.

5) Counsel for Multi-Financial has a jury trial scheduled to proceed on October 30, 2007, the date on which the Court has set the Case Management Conference, and through the following week. Thus the parties respectfully request that the Case Management Conference be rescheduled for a date during the week of November 12, 2007.

SO STIPULATED.

DATED: October __, 2007                LAW OFFICES OF STANLEY G. HILTON

                                       By:_____
                                              Stanley G. Hilton

                                       Attorneys for Plaintiff REGINA JIMENEZ

DATED: October 9, 2007                 GIBSON, DUNN & CRUTCHER LLP

                                       By:_____/s/_____
                                              Ethan D. Dettmer

                                       Attorneys for Defendant NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

1  Ms. Jimenez nevertheless still desires to file an amended complaint, and in light of this, the
2  parties stipulate as follows, and respectfully request that the Court enter an Order accordingly:

3  1) Ms. Jimenez may file her amended complaint in this matter, if any, on or
4  before October 22, 2007.

5  2) If Ms. Jimenez does file a timely amended complaint, Defendants may
6  answer or otherwise respond on or before November 19, 2007.

7  3) If Ms. Jimenez fails to file a timely amended complaint, this matter will be
8  dismissed, with prejudice, and the Court's file closed.

9  4) All scheduled Court dates and deadlines in this matter, with the exception
10  of the scheduled Case Management Conference, should be vacated until
11  such time that Defendants motions to dismiss are heard and decided.

12  5) Counsel for Multi-Financial has a jury trial scheduled to proceed on
13  October 30, 2007, the date on which the Court has set the Case
14  Management Conference, and through the following week. Thus the
15  parties respectfully request that the Case Management Conference be
16  rescheduled for a date during the week of November 12, 2007.

17  SO STIPULATED.
18  DATED: October 8, 2007         LAW OFFICES OF STANLEY G. HILTON

19
20  By: _____
          Stanley G. Hilton

21  Attorneys for Plaintiff REGINA JIMENEZ

22  DATED: October __, 2007         GIBSON, DUNN & CRUTCHER LLP
23
24  By: _____
          Ethan D. Dettmer

25  Attorneys for Defendant NATIONAL ASSOCIATION
    OF SECURITIES DEALERS, INC.

| | | |
|---|---|---|
| 1 | DATED: October 8, 2007 | EDGERTON AND WEAVER LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Elizabeth A. Lowery |
| 4 | | Attorneys for Defendants LAWRENCE IRA PROZAN |
| | | DBA PROZAN FINANCIAL SERVICES, |
| 5 | | MULTI-FINANCIAL SECURITIES CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007

_____
The Honorable Martin J. Jenkins
United States District Judge

100312593_1.DOC