1  STANLEY G. HILTON, SBN 65990
   LAW OFFICES OF STANLEY G. HILTON
2  STAVROS3589@aol.com
   580 California Street
3  San Francisco, California 94104
   Telephone: (415) 786-4821
4  Facsimile: (415) 439-4963

5  Attorneys for Plaintiff REGINA JIMENEZ

6  GIBSON, DUNN & CRUTCHER LLP
   ETHAN D. DETTMER, SBN 196046
7  EDettmer@gibsondunn.com
   One Montgomery Street
8  San Francisco, California 94104
   Telephone: (415) 393-8200
9  Facsimile: (415) 986-5309

10 Attorneys for Defendant FINANCIAL INDUSTRY
   REGULATORY AUTHORITY, INC. f/k/a
11 NATIONAL ASSOCIATION
   OF SECURITIES DEALERS, INC.
12
   EDGERTON AND WEAVER LLP
13 SAMUEL Y. EDGERTON III, SBN 127156
   SEdgerton@edgertonweaver.com
14 2615 Pacific Coast Hwy., Suite 300
   Hermosa Beach, California 90254
15 Telephone: (310) 937-2066
   Facsimile: (310) 937-2064
16
   Attorneys for Defendants LAWRENCE IRA PROZAN
17 DBA PROZAN FINANCIAL SERVICES,
   MULTI-FINANCIAL SECURITIES CORP.

18

19                    UNITED STATES DISTRICT COURT

20              FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                        SAN FRANCISCO DIVISION

22
   REGINA JIMENEZ,                          CASE NO. 07-03360-MJJ
23
                  Plaintiff,
                                            **JOINT STATUS STATEMENT,**
24                                          **STIPULATION AND**
        v.                                  **[PROPOSED] SCHEDULING ORDER**
25
   NATIONAL ASSOCIATION OF SECURITIES
26 DEALERS, LAWRENCE IRA PROZAN DBA
   PROZAN FINANCIAL SERVICES, MULTI-
27 FINANCIAL SECURITIES CORP.,

28              Defendants.

This Court entered an "Order re Status Statement" on October 1, 2007 [dkt. # 6] directing the parties to "file a joint statement detailing the current status of this action." *Ibid.* (emphasis omitted). The parties hereby file this statement pursuant to that Order.

On July 30, 2007, the parties to this matter, plaintiff Regina Jimenez, defendant Financial Industry Regulatory Authority, Inc., formerly known as National Association of Securities Dealers, Inc. ("NASD")[1], and defendants Lawrence Ira Prozan DBA Prozan Financial Services and Multi-Financial Securities Corporation (together, "Multi-Financial") (NASD and Multi-Financial are referred to collectively herein as "Defendants"), entered into a stipulation agreeing to the following:

1) Ms. Jimenez wanted to amend her original complaint in this matter because a final arbitration award was entered in the underlying arbitration, after her original complaint was filed.

2) The Defendants' responses to Ms. Jimenez's original complaint were not yet due to be filed with the Court in the instant case.

3) Because Ms. Jimenez and the Defendants wished to avoid unnecessary expense and inconvenience, the Defendants did not need to answer or otherwise respond to Ms. Jimenez's original complaint, and could instead respond solely to any amended complaint that Ms. Jimenez may file.

4) Ms. Jimenez agreed to file and serve her amended complaint in this matter, if any, on or before August 10, 2007.

5) The Defendants would answer or otherwise respond to Ms. Jimenez's amended complaint (if any) on or before September 7, 2007.

Based on the parties' stipulation to the above matters, the Court entered the stipulation as an Order of the Court on August 4, 2007 [dkt. #4]. As of the date of this filing, Ms. Jimenez has not filed an amended complaint.

---

[1] On July 30, 2007, NASD changed its name to Financial Industry Regulatory Authority, Inc. For ease of reference, this statement continues to use the name "NASD."

Ms. Jimenez nevertheless still desires to file an amended complaint, and in light of this, the parties stipulate as follows, and respectfully request that the Court enter an Order accordingly:

1) Ms. Jimenez may file her amended complaint in this matter, if any, on or before October 22, 2007.

2) If Ms. Jimenez does file a timely amended complaint, Defendants may answer or otherwise respond on or before November 19, 2007.

3) If Ms. Jimenez fails to file a timely amended complaint, this matter will be dismissed, with prejudice, and the Court's file closed.

4) All scheduled Court dates and deadlines in this matter, ~~with the exception of the~~ including the scheduled Case Management Conference on Oct. 30, 2007, should be vacated until such time that Defendants' motions to dismiss are heard and decided.

5) ~~Counsel for Multi-Financial has a jury trial scheduled to proceed on October 30, 2007, the date on which the Court has set the Case Management Conference, and through the following week. Thus the parties respectfully request that the Case Management Conference be rescheduled for a date during the week of November 12, 2007.~~

SO STIPULATED.

DATED: October __, 2007         LAW OFFICES OF STANLEY G. HILTON

                                By:_____
                                        Stanley G. Hilton

                                Attorneys for Plaintiff REGINA JIMENEZ

DATED: October 9, 2007          GIBSON, DUNN & CRUTCHER LLP


                                By:_____/s/_____
                                        Ethan D. Dettmer

                                Attorneys for Defendant NATIONAL ASSOCIATION
                                OF SECURITIES DEALERS, INC.

Ms. Jimenez nevertheless still desires to file an amended complaint, and in light of this, the parties stipulate as follows, and respectfully request that the Court enter an Order accordingly:

1) Ms. Jimenez may file her amended complaint in this matter, if any, on or before October 22, 2007.

2) If Ms. Jimenez does file a timely amended complaint, Defendants may answer or otherwise respond on or before November 19, 2007.

3) If Ms. Jimenez fails to file a timely amended complaint, this matter will be dismissed, with prejudice, and the Court's file closed.

4) All scheduled Court dates and deadlines in this matter, ~~with the exception of the~~ scheduled Case Management Conference, should be vacated until such time that Defendants motions to dismiss are heard and decided.

5) ~~Counsel for Multi-Financial has a jury trial scheduled to proceed on October 30, 2007, the date on which the Court has set the Case Management Conference, and through the following week. Thus the parties respectfully request that the Case Management Conference be rescheduled for a date during the week of November 12, 2007.~~

SO STIPULATED.

DATED: October 8, 2007

LAW OFFICES OF STANLEY G. HILTON

By: _____
Stanley G. Hilton

Attorneys for Plaintiff REGINA JIMENEZ

DATED: October __, 2007

GIBSON, DUNN & CRUTCHER LLP

By: _____
Ethan D. Dettmer

Attorneys for Defendant NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.

| | | |
|---|---|---|
| 1 | DATED: October 8, 2007 | EDGERTON AND WEAVER LLP |
| 2 | | |
| 3 | | By: /s/ Elizabeth A. Lowery |
| 4 | | Attorneys for Defendants LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/11, 2007

The Honorable Martin J. Jenkins
United States District Judge

*Judge Martin J. Jenkins* (seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

100312593_1.DOC