1 | GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
2 | EDettmer@gibsondunn.com
REBECCA JUSTICE LAZARUS, SBN 227330
3 | RJustice@gibsondunn.com
One Montgomery Street
4 | San Francisco, California 94104
Telephone: (415) 393-8200
5 | Facsimile: (415) 986-5309

6 | Attorneys for Respondent
FINANCIAL INDUSTRY REGULATORY
7 | AUTHORITY, INC. ("FINRA")

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JIMENEZ,<br><br>          Plaintiff,<br><br>   v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, LAWRENCE IRA PROZAN DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP.,<br><br>          Defendants. | CASE NO. 07-03360 MJJ<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FINANCIAL REGULATORY AUTHORITY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT & MOTION TO VACATE ARBITRATION AWARD** |

Gibson, Dunn & Crutcher LLP

[PROPOSED] ORDER GRANTING DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT & MOTION TO VACATE ARBITRATION AWARD; CASE NO. 07-03360 MJJ

This matter came on for hearing on February 12, 2008. After considering the documents, arguments and evidence presented by the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT** Financial Industry Regulatory Authority ("FINRA") Motion to Dismiss Plaintiff's First Amended Complaint & Motion to Vacate Arbitration Award is hereby **GRANTED** with prejudice.

The complaint is dismissed pursuant to Federal Civil Rules 12(b)(1), 12(b)(6) and 12(h)(3), specifically:  1) FINRA's arbitral practices and procedures are subject to the oversight of the SEC, and plaintiff has failed to exhaust her administrative remedies by making her complaints to the SEC; 2) FINRA is protected by absolute immunity for its conduct by the doctrine of arbitral immunity; and, 3) plaintiff has not adhered to the procedure set forth in the Federal Arbitration Act for vacatur of arbitration awards, nor has she alleged that FINRA is a proper party to her securities laws claim.

DATED: _____

_____
Hon. Martin J. Jenkins
United States District Court Judge

100341015_1.DOC

[PROPOSED] ORDER GRANTING DEFENDANT FINANCIAL INDUSTRY REGULATORY AUTHORITY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT & MOTION TO VACATE ARBITRATION AWARD; CASE NO. 07-03360 MJJ

Gibson, Dunn & Crutcher LLP