**EDGERTON & WEAVER, LLP**
SAMUEL Y. EDGERTON, III (CA Bar No. 127156)
ELIZABETH LOWERY (CA Bar No. 190393)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, California 90254
Tel: (310) 937-2066
Fax: (310) 937-2064

Attorneys for Defendants,
Lawrence Ian Prozan and Multi-Financial Securities Corp.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JIMENEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS; LAWRENCE IAN PROZAN, DBA PROZAN FINANCIAL SERVICES; and MULTI-FINANCIAL SECURITIES CORP.,<br><br>    Respondents. | Case No. 3:07-cv-03360-MJJ<br><br>**[PROPOSED] ORDER ON PROZAN DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONFIRM ARBITRATION AWARD**<br><br>Date: February 12, 2007<br>Time: 9:30 a.m.<br>Courtroom: 11<br><br>[The Honorable Martin J. Jenkins] |

The Motion to Dismiss Plaintiff's First Amended Complaint, and in the alternative Motion to Confirm the Arbitration Award issued in NASD Arbitration Case No. 05-03037, and to Enter Judgment Thereon of Defendants Lawrence Ian Prozan, DBA Prozan Financial Services, and Multi-Financial Securities Corp. (collectively the "Prozan Defendants") filed in this matter in response to Plaintiff's First Amended Complaint came before the Hon. Martin J. Jenkins on February 12, 2007 at 9:30 a.m. in Courtroom 11 of the United States District Court, Northern District of California. Stanley Hilton appeared on behalf of Plaintiff Regina Jimenez,

1  Ethan Dettmer appeared on behalf of Defendant FINRA (fka the NASD) and Elizabeth Lowery
2  appeared on behalf of the Prozan Defendants.
3    After considering all the parties' submissions on file herein, arguments of counsel and
4  good cause appearing therefore, the Court finds as follows:

6  ☐ Plaintiff's First Amended Complaint in Case No. 3:07-cv-03360-MJJ is dismissed
7    pursuant to FRCP 12(b) (1) without leave to amend;

9  ☐ Plaintiff's First Amended Complaint in Case No. 3:07-cv-03360-MJJ is dismissed
10    pursuant to FRCP 12(b) (6) without leave to amend;

12  ☐ Pursuant to 9 U.S.C. § 9, the arbitration Award issued in NASD Case No. 05-03037,
13    *Regina Jimenez v. Multi-Financial Securities Corp and Lawrence Prozan DBA*
14    *Prozan Financial Services and Multi-Fi Securities Corp.* is hereby confirmed in full
15    and judgment shall be entered thereon in the instant action;

17  ☐ Plaintiff Regina Jimenez is ordered to reimburse the Prozan Defendants for
18    ☐ All costs related to their efforts to respond to the First Amended
19      Complaint and confirmation of the Arbitration Award in NASD
20      Case No. 05-03037;
21    ☐ All reasonable attorneys' fees related to their efforts to respond to the
22      First Amended Complaint and to confirm the Arbitration Award in
23      NASD Case No. Case No. 05-03037.

25  IT IS SO ORDERED.

27  Dated: November 19, 2007
                                            _____
28                                          The Honorable Martin J. Jenkins
                                            United States District Judge

EDGERTON & WEAVER, LLP
2615 Pacific Coast Hwy., Suite 300
Hermosa Beach, California 90254
Telephone: (310) 937-2066
Facsimile: (310) 937-2064
www.edgertonweaver.com

# PROOF OF SERVICE

I am employed in the County of Los Angeles. I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 2615 Pacific Coast Highway, Suite 300, Hermosa Beach, California 90254.

On November 19, 2007, I served the following document described as: **[PROPOSED] ORDER ON PROZAN DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONFIRM ARBITRATION AWARD** on the interested parties in this action by placing the true copies thereof enclosed in sealed envelopes as follows:

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS NASD |
|---|---|
| Stanley G. Hilton, Esq. | Ethan D. Dettmer, Esq. |
| Law Offices of Stanley G. Hilton | Gibson, Dunn & Crutcher LLP |
| 580 California Street, Suite 500 | One Montgomery Street |
| San Francisco, CA 94104 | San Francisco, CA 94104 |
| Fax: (415) 439-4963 | Fax: (415) 986-5309 |

(X) **By U.S. Mail:** I deposited such envelopes in the mail at Hermosa Beach, California. The envelopes were mailed with postage thereon fully prepaid.

( ) **By Personal Service:** I caused such envelope to be delivered by hand to the individuals at the addresses listed.

( ) **By Overnight Courier:** I caused the above-referenced document(s) to be delivered to an overnight courier service (DHL), for delivery to the above addressee(s).

(X) **By Facsimile Machine:** I caused the above-referenced document(s) to be transmitted to the above-named person at the following telephone number above.

( ) **By Electronic E-mail:** I caused the above-referenced document(s) to be transmitted to the above-named person at the following addresses.

(X) **(FEDERAL):** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on November 19, 2007 at Hermosa Beach, California.

_Kathryn A. Wishard_

3

[PROPOSED] ORDER ON PROZAN DEFENDANTS' MOTION TO DISMISS OR IN THE ALTERNATIVE TO CONFIRM ARBITRATION AWARD