1  STANLEY G. HILTON, BAR NO. 65990
   LAW OFFICES OF STANLEY G. HILTON.
2  2570 North First Street, Ste. 200
   San Jose, California 95131
3  Tel:  (415) 786 4821
   Fax: (415) 439 4963
4  E MAIL: LOUCASLOUKAS@YAHOO.COM

5  Attorney for Plaintiff
   REGINA JIMENEZ

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| REGINA JIMENEZ, | No. C 07 3360 MJJ |
| Plaintiff, | ORDER DENYING DEFENDANT NASD AND FINRA'S MOTION TO DISMISS |
| vs. | |
| | DATE FEB 12 2008 |
| LAWRENCE IRA PROZAN, DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP. and DOES 1 through 20, inclusive, | TIME 930 AM |
| | JUDGE: JENKINS |
| Defendants. | |

FOLLOWING ARGUMENT FEB 12 2008 the court DENIES DEFENDANT NASD AND FINRA'S MOTION TO DISMISS. IN THE ALTERNATIVE THE COURT GRANTS THE MOTION WITH 30 DAYS LEAVE TO AMEND THE COMPLAINT/MOTION TO VACATE ARBITRATION AWARD.

DATE_____


_____
USDJ

ORD DENY NASD/FINRA MOTION TO DISMISS
JIMENEZ VS PROZAN ET AL NO C 07 3360 MJJ

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORD DENY NASD/FINRA MOTION TO DISMISS
JIMENEZ VS PROZAN ET AL NO C 07 3360 MJJ