1  STANLEY G. HILTON, BAR NO. 65990
   LAW OFFICES OF STANLEY G. HILTON.
2  2570 North First Street, Ste. 200
   San Jose, California 95131
3  Tel: (415) 786 4821
   Fax: (415) 439 4963
4  E MAIL: LOUCASLOUKAS@YAHOO.COM

5  Attorney for Plaintiff
   REGINA JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REGINA JIMENEZ, | ) | No. C 07 3360 MJJ |
|---|---|---|
| Plaintiff, | ) | ORDER DENYING DEFENDANT PROZAN AND MULTI-FINANCIAL SECURITIES' MOTION TO DISMISS |
| vs. | ) | |
| LAWRENCE IRA PROZAN, DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP. and DOES 1 through 20, inclusive, | ) | DATE FEB 12 2008 |
| | ) | TIME 930 AM |
| | ) | JUDGE: JENKINS |
| Defendants. | ) | |

FOLLOWING ARGUMENT FEB 12 2008 the court DENIES DEFENDANT PROZAN AND MULTI-FINANCIAL SECURITIES' MOTION TO DISMISS. IN THE ALTERNATIVE THE COURT GRANTS THE MOTION WITH 30 DAYS LEAVE TO AMEND THE COMPLAINT/MOTION TO VACATE ARBITRATION AWARD.

DATE_____

_____

USDJ

ORD DENY PROZAN/MFS MOTION TO DISMISS
JIMENEZ VS PROZAN ET AL NO C 07 3360 MJJ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORD DENY PROZAN/MFS MOTION TO DISMISS
JIMENEZ VS PROZAN ET AL NO C 07 3360 MJJ