IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**REGINA JIMENEZ,**

        Plaintiff(s),

  v.

**NATIONAL ASSOCIATION OF SECURITIES DEALERS, ET AL,**

        Defendant(s),

No. **C07-03360 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

Unfortunately and due to Judge Jenkins' departure, YOU ARE NOTIFIED THAT the **Defendants' Motion to Dismiss** hearing scheduled for **February 12, 2008**, before The Honorable Martin J. Jenkins, is **vacated**. A new hearing date and time will be issued upon reassignment of a new judge.

Sorry for any inconveniences,

Dated: February 6, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

By: _MNarcisse_

Monica Narcisse
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.