UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REGINA JIMENEZ

        Plaintiff(s),                              No. C 07-03360 JSW

  v.                                        **CLERK'S NOTICE**

NATIONAL ASSOCIATION OF SECURITIES DEALERS, ET AL

        Defendant(s).
_____/

YOU ARE HEREBY NOTIFIED that on Friday, April 18, 2008 at 9:00 AM, in Courtroom 2 on the 17th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct a hearing on Defendant FINRA's Motion to Dismiss First Amended Compliant and Defendants Prozan's Motion to Dismiss , in this matter.

                                                  Richard W. Wieking
                                                  Clerk, United States District Court

                                                    /s/ Frank Justiliano
                                               By:_____
                                               Frank Justiliano, Deputy Clerk
                                               Honorable Jeffrey S. White
                                               (415) 522-4173

Dated: February 20, 2008

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information. The rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due.