United States District Court
For the Northern District of California

1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   REGINA JIMENEZ,

10           Plaintiff,                    No. C 07-03360 JSW

11       v.

12   NATIONAL ASSOCIATION OF              **NOTICE OF TENTATIVE**
     SECURITIES DEALERS, ET AL,           **RULING AND QUESTIONS**
13

14           Defendant.
                                      /
15

16          TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

17   NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON

18   APRIL 18, 2007 AT 9:00 A.M.:

19          The Court has reviewed the parties' papers and, thus, does not wish to hear the parties

20   reargue matters addressed in those pleadings.  If the parties intend to rely on authorities not

21   cited in their briefs, they are ORDERED to notify the Court and opposing counsel of these

22   authorities reasonably in advance of the hearing and to make copies available at the hearing.  If

23   the parties submit such additional authorities, they are ORDERED to submit the citations to the

24   authorities only, with the reference to pin cites and without argument or additional briefing.  *Cf.*

25   N.D. Civil Local Rule 7-3(d).  The parties will be given the opportunity at oral argument to

26   explain their reliance on such authority.

27          The Court tentatively GRANTS Defendants' motions to dismiss Plaintiff's complaint.

28

**United States District Court**
For the Northern District of California

1       The parties shall each have 15 minutes to address the following questions:

2   1.  If this Court provides Plaintiff leave to amend her complaint with respect to defendants

3       Lawrence Ira Prozan dba Prozan Financial Services and Multi-Financial Securities

4       Corporation (collectively "Prozan Defendants"), what facts would she allege to state a

5       claim against them under the Securities and Exchange Act of 1934, 15 U.S.C. §§ 78a *et*

6       *seq.* ("Securities and Exchange Act")?  On what authority, if any, does Plaintiff rely in

7       support of her argument that the facts she intends to allege state a claim under the

8       Securities and Exchange Act?

9   2.  On what authority, if any, does Plaintiff rely to support her argument that she is not

10      required to exhaust administrative remedies before bringing a claim under the Securities

11      and Exchange Act against the Prozan Defendants in this Court?

12  3.  Does Plaintiff dispute that her professional negligence claim was adjudicated in the

13      underlying arbitration?

14      **IT IS SO ORDERED.**

15

16  Dated: April 16, 2008

                                                        _____
17                                                      JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2