IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**               **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: April 18, 2008                  **Court Reporter:** Sahar McVickar

**CASE NO.:** C-07-3360   JSW

**TITLE:** Regina Jimenez v. National Association of Securities Dealers, et al.,

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**

Stanley Hilton                            Samuel Edgerton (Deft. Multinational & Prozan)
                                          Ethan Dettmer (Deft. FINRA)

**PROCEEDINGS:**   1) Defendant FINRA's Motion to Dismiss 1st AmendedComplaint

                   2) Defendant Prozan's Motion to Dismiss

**RESULTS:**   *The Court **tentatively GRANTS** Defendants' motions to dismiss Plaintiff's complaint.*

The Court heard argument from counsel.
The motions are taken under submission.
A written ruling shall issue.