IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS, ET AL,<br><br>    Defendant.<br>_____ / | No. C 07-03360 JSW<br><br>**ORDER SETTING BRIEFING<br>SCHEDULE** |

This matter is set for a hearing on August 8, 2008 on Defendants' motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 7, 2008 and a reply brief shall be filed by no later than July 14, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 19, 2008

                                              JEFFREY S. WHITE<br>                                              UNITED STATES DISTRICT JUDGE