STANLEY G. HILTON, BAR NO. 65990
LAW OFFICES OF STANLEY G. HILTON.
2570 North First Street, Ste. 200
San Jose, California 95131
Tel: (415) 786 4821
Fax: (415) 439 4963
E MAIL: LOUCASLOUKAS@YAHOO.COM

Attorney for Plaintiff
REGINA JIMENEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JIMENEZ, <br><br> Plaintiff, <br><br> vs. <br><br> LAWRENCE IRA PROZAN, DBA PROZAN FINANCIAL SERVICES, MULTI-FINANCIAL SECURITIES CORP. and DOES 1 through 20, inclusive, <br><br> Defendants. | No. C 07 3360 JSW <br><br> WITHDRAWAL OF EX PARTE MOTION TO CONTINUE MOTION TO DISMISS 2ND AMENDED COMPLAINT |

1.   Plaintiff, Regina Jimenez, WITHDRAWS HER EX PARTE MOTION TO CONTINUE THE HEARING ON DEFENDANT PROZAN'S TO DISMISS HER SECOND AMENDED COMPLAINT, BECAUSE DEFENDANTS REPRESENT THE HEARING HAS BEEN SET FOR AUGUST 8 2008.

DATE   JUNE 23 2008

_____/S/_____

STANLEY G HILTON