**FILED**

JUN 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA JIMENEZ,<br><br>   Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF<br>SECURITIES DEALERS, ET AL,<br><br>   Defendant.<br>_____/ | No. C 07-03360 JSW<br><br>**ORDER DENYING PLAINTIFF'S**<br>***EX PARTE* REQUEST TO**<br>**CONTINUE THE HEARING**<br>**DATE** |

On June 20, 2008, Plaintiff filed an *ex parte* request to move the hearing on Defendants' motion to dismiss from July 18, 2008 to August 15 or 29, 2008. However, Defendants' motion is scheduled to be heard on August 8, 2008, not July 18, 2008. On June 19, 2008, the Court issued an order setting a briefing schedule on this matter. Plaintiff's opposition to Defendants' motion is due by July 7, 2008 and Defendants' reply brief is due by July 14, 2008. The Court HEREBY DENIES Plaintiff's request.

**IT IS SO ORDERED.**

Dated: June 23, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE