IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**                **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: August 8, 2008                   **Court Reporter:** Belle Ball

**CASE NO.: C- 07-3360  JSW**

**TITLE:** Regina Jimenez v. National Association of Securities Dealers, et al.,

**COUNSEL FOR PLAINTIFF:**                 **COUNSEL FOR DEFENDANT:**

Stanley Hilton                             Elizabeth Lowery

**PROCEEDINGS:**   1) Motion to Dismiss Second Amended Complaint by Multi-Financial Securities Corp
                   2) Motion to Dismiss Second Amended Complaint by Lawrence Ian Prozan

**RESULTS:**   *The Court **tentatively GRANTS** Defendants' motion to dismiss.*

           The Court heard argument from counsel.
           The motions are taken under submission.
           A written ruling shall issue