IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINA JIMENEZ,

    Plaintiff,

No. C 07-03360 JSW

v.

NATIONAL ASSOCIATION OF SECURITIES DEALERS, ET AL,

**JUDGMENT**

    Defendant.

    Pursuant to the Order granting Defendants' motion to dismiss entered today, this action is DISMISSED. The Clerk is directed to close the file.

    **IT IS SO ORDERED AND ADJUDGED.**

Dated: August 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE